**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| PATRIC CROWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ASSOCIATES, LLC,<br><br>Defendant. | CIVIL ACTION NO. 4:25-CV-00349-O |

## NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DEADLINES

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Patric Crowell (hereinafter, "Plaintiff") and Defendant Credit Associates, LLC ("Defendant"), by and through his undersigned counsel, respectfully provides notice to this Court that the parties have reached an agreement in principle to settle the above-captioned action. Counsel for the parties are in the process of preparing a written settlement agreement.

Plaintiff anticipates filing a dismissal in this action within the next forty-five (45) days, disposing of this action in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class.

In light of the parties' settlement, Plaintiff respectfully requests that the Court vacate any deadlines in this action and retain jurisdiction over this matter until a dismissal has been entered.

Respectfully submitted,

Dated: August 19, 2025

*<u>/s/ Abbas Kazerounian</u>*
Abbas Kazerounian (TX SBN: 24090982)
KAZEROUNI LAW GROUP, APC
245 Fischer Ave., Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served August 19, 2025 to all parties via the Court's CM/ECF system

*/s/ Abbas Kazerounian*
Abbas Kazerounian